IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BENJAMIN J. BARNETT, | ) | CASE NO. 1:15-CV-173 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN BURKE |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **MEMORANDUM** |
| Defendant. | ) | **OPINION AND ORDER** |

On July 28, 2015, the parties filed a Joint Proposed Stipulation for Remand.  Doc. 18.  The parties state that they stipulate to remand pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C.§ 405(g), and request the Court to "enter an appropriate order with judgment. Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings."

The parties are instructed to file an Amended Joint Proposed Stipulation clarifying whether, if at all, the proceedings will be limited to certain issues.

Dated: July 29, 2015

Kathleen B. Burke
United States Magistrate Judge