IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BENJAMIN J. BARNETT, | ) | CASE NO. 1:15-CV-173 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN BURKE |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **MEMORANDUM** |
| Defendant. | ) | **OPINION AND ORDER** |

On August 4, 2015, the parties filed an Amended Proposed Stipulation to Remand under Sentence Four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), wherein they request that the Court enter judgment remanding the case for further proceedings.  Doc. 20.  The parties stipulate that:

> Upon remand, the Administrative Law Judge will give further consideration to all of the medical opinion evidence pursuant to the provisions of 20 C.F.R. §§ 404.1527 and 416.927 and Social Security Rulings 96-2p, 96-5p, and 96-6p, and explain the weight given to such opinion evidence; further consider the claimant's maximum residual functional capacity, with specific reference to the opinion evidence of record (20 C.F.R. § 404.1545 and Social Security Rulings 85-16 and 96-8p); and, if warranted, obtain supplemental evidence from a vocational expert (20 C.F.R. §§ 404.1565, 416.966 and Social Security Ruling 00-4p).

Doc. 20, pp. 1-2.

Upon consideration of the parties' Proposed Stipulation, the Court hereby reverses the decision of the Commissioner and remands this matter for further proceedings consistent with the parties' Proposed Stipulation.

Dated: August 6, 2015

_____
Kathleen B. Burke
United States Magistrate Judge